Exhibit 2



2.

3.



4.

5.



6.



7.



8.



9.

Case: 1:22-cv-00282 Document #: 25-2 Filed: 01/31/22 Page 6 of 18 PageID #:2529



10.



11.



12.



13.



14.



15.



16.



17.



18.

19.



20.



21.



22.



23.



24.



25.



26.



27.



28.



29.



30.



31.



32.



33.

