IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TOHO CO., LTD.,<br><br>                Plaintiff,<br><br>    v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>                Defendants. | No. 22-cv-00282<br><br>Franklin U. Valderrama |

**DEFAULT JUDGMENT ORDER**

This action having been commenced by Plaintiff, TOHO CO., LTD. ("TOHO" or "Plaintiff") against the defendants identified on Schedule A, and using the Defendant Online Marketplace Accounts identified on Schedule A (collectively, the "Defendant Internet Stores"), and TOHO having moved for entry of Default and Default Judgment against the defendants identified on First Amended Schedule A attached hereto which have not answered or otherwise appeared, and yet been dismissed from this case (collectively, "Defaulting Defendants");

The Court having entered a preliminary injunction; TOHO having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

None of the Defaulting Defendants having answered or appeared in any way, and the time for answering having expired, so that the allegations of the Complaint are uncontroverted and are deemed admitted;

The Court finds that it has personal jurisdiction over Defaulting Defendants based on TOHO's unrebutted assertions that Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, TOHO has provided a basis to conclude that Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products using infringing and counterfeit versions of TOHO's federally registered trademarks (the "GODZILLA Trademarks") to residents of Illinois. In this case, TOHO has presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can and do purchase products using counterfeit versions of the GODZILLA Trademarks. *See* Docket No. 12, which includes screenshot evidence confirming that each Defendant e-commerce store does stand ready, willing and able to ship its counterfeit goods to customers in Illinois bearing infringing and/or counterfeit versions of the GODZILLA Trademarks.

A list of the GODZILLA Trademarks is included in the below chart.

| Registration Number | Registered Trademark | International Classes |
|---|---|---|
| 6,172,295 | GODZILLA | 014 |
| 4,183,291 | GODZILLA | 009, 028 |
| 2,360,489 | GODZILLA | 025, 028 |
| 2,211,328 | GODZILLA | 016, 025 |

| | | |
|---|---|---|
| **2,134,696** | **GODZILLA** | 028 |
| **1,858,403** | **GODZILLA** | 009, 028 |
| **1,161,858** | **GODZILLA** | 016 |
| **1,163,122** | **GODZILLA** | 041 |
| **5,093,240** | **GODZILLA** | 009, 016, 025, 028, 041 |

The Court further finds that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), and false designation of origin (15 U.S.C. § 1125(a)).

Accordingly, the Court orders that TOHO's Motion for Entry of Default and Default Judgment is GRANTED as follows, that Defaulting Defendants are deemed in default, and that this Default Judgment is entered against Defaulting Defendants.

The Court further orders that:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

    a. using the GODZILLA Trademarks or any reproductions, counterfeit copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine TOHO product or not authorized by TOHO to be sold in connection with the GODZILLA Trademarks;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine TOHO product or any other product produced by TOHO, that is not TOHO's or not produced under the authorization, control, or supervision of TOHO and approved by TOHO for sale under the GODZILLA Trademarks;

    c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of TOHO, or are sponsored by, approved by, or otherwise connected with TOHO; and

    d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for TOHO, nor authorized by TOHO to be sold or offered for sale, and which bear any of TOHO's trademarks, including the GODZILLA Trademarks, or any reproductions, counterfeit copies or colorable imitations.

2. Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defaulting Defendants' Internet Stores, including, without limitation, any online marketplace platforms such as Amazon Payments, Inc. ("Amazon") and PayPal, Inc. ("PayPal") (collectively, the "Third Party Providers"), shall within ten (10) calendar days of receipt of this Order cease:

    a. using, linking to, transferring, selling, exercising control over, or otherwise owning the Online Marketplace Accounts, or any other online marketplace account that is being used to sell or is the means by which Defaulting Defendants could continue to sell counterfeit and infringing goods using the GODZILLA Trademarks; and

    b. operating and/or hosting websites that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the GODZILLA Trademarks or any reproductions, counterfeit copies or colorable

        imitations thereof that is not a genuine TOHO product or not authorized by TOHO to be sold in connection with the GODZILLA Trademarks.

3. Upon TOHO's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 2, shall within ten (10) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the GODZILLA Trademarks.

4. Pursuant to 15 U.S.C. § 1117(c)(2), TOHO is awarded statutory damages from each of the Defaulting Defendants in the amount of $200,000.00 (two hundred thousand dollars) for willful use of counterfeit GODZILLA Trademarks on products sold through at least the Defendant Internet Stores. This award shall apply to each distinct Defaulting Defendant only once, even if they are listed under multiple different aliases in the Complaint, Schedule A, and First Amended Schedule A.

5. Any Third Party Providers holding funds for Defaulting Defendants, including Amazon and PayPal, shall, within ten (10) calendar days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the Defendant Internet Stores from transferring or disposing of any funds (up to the statutory damages awarded in Paragraph 4 above) or other of Defaulting Defendants' assets.

6. All monies (up to the amount of the statutory damages awarded in Paragraph 4 above) currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as Amazon and PayPal, are hereby released to TOHO as partial payment of the above-identified damages, and Third Party Providers, including

        Amazon and PayPal, are ordered to release to TOHO the amounts from Defaulting Defendants' financial accounts within ten (10) business days of receipt of this Order.

7.     Until TOHO has recovered full payment of monies owed to it by any Defaulting Defendant, TOHO shall have the ongoing authority to commence supplemental proceedings under Federal Rule of Civil Procedure 69.

8.     In the event that TOHO identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, TOHO may send notice of any supplemental proceeding, including a citation to discover assets, to Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibit 2 to the Declaration of Koji Ueda and any e-mail addresses provided for Defaulting Defendants by third parties.

9.     To obtain release of the bond previously posted in this action, Plaintiff's counsel must file a motion for the return of the bond once the preliminary injunction no longer applies to any Defendant.

10.    A copy of this Order will be provided to Defaulting Defendants in the same manner that all other notices and orders have been provided.

This is a Default Judgment.

Dated: March 2, 2022

                                                                *[signature]*
                                                         United States District Judge
                                                         Franklin U. Valderrama

**First Amended Schedule A**

| No. | Defendants |
|---|---|
| 1 | Nanchang Far Mile Garment Co., Ltd. |
| 2 | Shenzhen Enmei Trading Co., Ltd. |
| 3 | Tianchang Golden Harvest Co., Ltd. |
| 4 | Timely Textile Company Limited |
| 5 | Tonglu Maisijie E-Commerce Co., Ltd. |
| 6 | Tonglu Qinyang E-Commerce Co., Ltd. |
| 7 | Xuzhou Gaopeng Toys Co., Ltd. |
| 8 | Yangzhou Bai Chen Toys Trading Co., Ltd. |
| 9 | Yangzhou Yuanlong Toys Co., Ltd. |
| 10 | Yiwu City Panda Arts & Crafts Co., Ltd. |
| 11 | Zhangjiagang Eterm Trading Co., Ltd. |
| 12 | guangzhouzhoujiuwang luokejiyouxiangongsi |
| 13 | hfrmcx |
| 14 | |
| 15 | |
| 16 | Shijunshangmao |
| 17 | |
| 18 | Shunyi Convenience Store in Yilong New District |
| 19 | Skeiner |
| 20 | SLK poster |
| 21 | SLSTK Poster |
| 22 | smerkpawr |
| 23 | Soholulu |
| 24 | songbinglanduo |
| 25 | songyang25 |
| 26 | Sorafilson |
| 27 | SportsLadyshop |
| 28 | sqykl |
| 29 | Sriok |
| 30 | Starrydew |
| 31 | STDONE |
| 32 | |
| 33 | stupy |
| 34 | suixianruihaiwujindian |
| 35 | suixishangmao |
| 36 | Summer cat |
| 37 | SUNGOD |
| 38 | Sunshine baby |
| 39 | SuperLee666 |
| 40 | SUPERTRAMPshop |
| 41 | SUPOOK |
| 42 | SXFTMDZKJ |
| 43 | Sxgsmmggs |
| 44 | syxinyiwangluo |
| 45 | TAIHAOUS |

| 46 | taiyuanshixiaodianquxinlongbianlidian |
|----|---------------------------------------|
| 47 | Tamouse |
| 48 | TANGBWS |
| 49 | Tapestrytu |
| 50 | TAYLOR STEVENSON |
| 51 | TD49 SHOP |
| 52 | techinbox |
| 53 | th26malrphg |
| 54 | THOBARNHILLMASs |
| 55 | tianyoudianpu |
| 56 | tianyuanshanghang |
| 57 | |
| 58 | Tldjhuu |
| 59 | TOECUDD6KY |
| 60 | tongshanxiandienanbaihuodian |
| 61 | tongshanxianyibubaihuodian |
| 62 | TQGUW7073R |
| 63 | try young |
| 64 | TTTMIAN-US |
| 65 | Twin Zone |
| 66 | TWRX |
| 67 | TYao CYAN |
| 68 | Tyler Poll |
| 69 | UIisdf54dr45 |
| 70 | UJJERYTOW |
| 71 | |
| 72 | ussojewe shop |
| 73 | Vaidh Hngak |
| 74 | Verde Jungle |
| 75 | W.art.Poster |
| 76 | WABAODAN |
| 77 | wanfengling |
| 78 | wangdicheng21 |
| 79 | WangHeChun247 |
| 80 | wangjiangbenddiyigedian |
| 81 | WangLi8 |
| 82 | wangxuexin123 |
| 83 | wangyedian |
| 84 | Watkins market |
| 85 | WBD N KING |
| 86 | Wbel buca |
| 87 | Wehhappy |
| 88 | WENDY LEIGH DEZLYN |
| 89 | wengua |
| 90 | wenxubaihuodian |
| 91 | Winterre |
| 92 | WJFHAWFG |
| 93 | |
| 94 | wudianqi |

8

| 95  | wudixianmegbaihuodian |
|-----|------------------------|
| 96  | wuguoqingbeimei |
| 97  | WuHanMuLuanShangDianZiShangWuYouXianGongSi |
| 98  | wujianchxianyouxianbangtouzhenmanyuangongyipindian |
| 99  | wujianpinghuihua |
| 100 | wuligogo |
| 101 | WUMZE |
| 102 | wuyiliao |
| 103 | wuzhijiang |
| 104 | WWQEDDDD |
| 105 | WWW YEZI |
| 106 | WXyxSM |
| 107 | wzjingyingbu |
| 108 | XAINBI |
| 109 | Xan Anbbei |
| 110 | xbiucaiuh |
| 111 | XCGYMY |
| 112 | XCMX |
| 113 | xiamkli |
| 114 | Xiangyangletianbaihuo |
| 115 | xianshibeilinqudengbeibaihuodian |
| 116 | Xianyou Jinhu Trading Co., Ltd. |
| 117 | Xianyou Tianci Trading Co., Ltd. |
| 118 | xianyoulonghuawuyipanfuzhuangdian |
| 119 | xianyouxianbangtouzhenmochuanhongmu |
| 120 | xianyouxianlichengjinjianbuyi |
| 121 | XianYouXianLiNanLinQingYanGongYiPinJingYingBu |
| 122 | xianyouzhenyuanmaoyiyouxiangongsi |
| 123 | xianyouzihuimaoyiyouxiangongsi |
| 124 | Ximing |
| 125 | xin xin xiang yinghhx |
| 126 | Xinchengjie Trade |
| 127 | XinDas |
| 128 | xingju78 |
| 129 | xinhjie |
| 130 | xinluoqujiexikuanbaihuodian |
| 131 | XinLuoQuShuXuWeiBaiHuoDian |
| 132 | xinshaoxianzhiyuanbaihuodian |
| 133 | Xite Sima |
| 134 | XiuHongShangMAo |
| 135 | XLEshop |
| 136 | XMLNMALL |
| 137 | XMYSCZI |
| 138 | Xorteye |
| 139 | xuchangguichengshangmaoyouxiangongsi |
| 140 | xuchangzairongshangmaoyouxiangongsi |
| 141 | XUEMIAO WU |
| 142 | XuLinhan |
| 143 | xunyangmapingzhenchangshengbaihuodian |

9

| | |
|---|---|
| 144 | xuxin4565 |
| 145 | XXGMCXCD |
| 146 | XXYMWJD |
| 147 | XY-TOP1 |
| 148 | XYXCTR |
| 149 | Yang YuTing |
| 150 | YangBang |
| 151 | yangruidianzikeji |
| 152 | yangsfa |
| 153 | yangxuanmindiyidian |
| 154 | yangzhongkeshangpu |
| 155 | yanhangdianzi |
| 156 | Yanpingdian |
| 157 | YaRu |
| 158 | Yellowbiubiubiu |
| 159 | Yi Fan Art Shop |
| 160 | YiCYiSSY |
| 161 | yimingdianpu |
| 162 | yinchuanzeyuwubaochuangjuyouxiangongsi |
| 163 | ███████ |
| 164 | yinzhuodianzi |
| 165 | yirandianpu |
| 166 | Yiwu Xiaxian Trading Co., Ltd. |
| 167 | yiwushiwanzhanghuoshangmao Co Ltd |
| 168 | yiwushiyinghewenhuayongpinyouxiangongsi |
| 169 | Yiyu Decoration Store |
| 170 | YJUN |
| 171 | Yokoto Toys |
| 172 | yongdingquxiaodunqinbaihuodian |
| 173 | YOUBAOER |
| 174 | Your Yarm |
| 175 | youxixianxianglongbaicaobaihuodian |
| 176 | ytdfrtftg |
| 177 | ███████ |
| 178 | yueyangxian jiujiangbaihuodian |
| 179 | YUFIRON |
| 180 | YUN Supply |
| 181 | yunchengjingjijishukaifaquhuyibaihuodian |
| 182 | YWMFF |
| 183 | yyileg |
| 184 | YZC STORE |
| 185 | Zanlamens |
| 186 | ZeGeggs |
| 187 | ███████ |
| 188 | Zeng Jisheng |
| 189 | Zhang Ruii |
| 190 | Zhang Wei-United States |
| 191 | zhangkunyu |
| 192 | zhangnianqiang |

| | |
|---|---|
| 193 | ZHANGXIAOZI |
| 194 | zhaoyinggg |
| 195 | zhaozhaodedian |
| 196 | zhenghanlingdedian |
| 197 | zhengjiehuihua |
| 198 | ZhenJiangShiRunZhouQuGanRiJianCaiJingYingBu |
| 199 | ZHIBINLIN |
| 200 | zhiliang-us |