**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| TOHO CO., LTD., | |
|     Plaintiff, | Civil Action No.: 1:22-cv-00282 |
| v. | Judge Franklin U. Valderrama |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Maria Valdez |
|     Defendants. | |

**PLAINTIFF'S MOTION TO RELEASE SURETY BOND**

On the 21st day of January 2022, the Plaintiff, TOHO CO., LTD. ("TOHO" or "Plaintiff"), posted the sum of $10,000.00 (ten thousand dollars) in the form of a surety bond with the Clerk of the Court [18] in compliance with the conditions of the Temporary Restraining Order dated January 19, 2022. Such deposit was a condition of the Plaintiff's Temporary Restraining Order [15] and Preliminary Injunction [24]. On March 2, 2022, the Default Judgment Order [38] was entered. Any Defendant not subject to the Default Judgment Order [38] has been dismissed.

Pursuant to minute entry order [37], Plaintiff hereby respectfully moves the Court to enter an Order directing the Clerk to return the surety bond deposit to Plaintiff or its counsel.

This terminates the action.

| | |
|---|---|
| DATED: April 11, 2022 | Respectfully submitted,<br><br>*/s/ Keith A. Vogt*<br>Keith A. Vogt (Bar No. 6207971)<br>Keith Vogt, Ltd.<br>33 W Jackson Blvd., #2W<br>Chicago, Illinois 60604<br>Telephone: 312-971-6752<br>E-mail: keith@vogtip.com<br><br>***ATTORNEY FOR PLAINTIFF*** |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on April 11, 2022 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt