IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TOHO CO., LTD.,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>THE PARTNERSHIPS AND<br>UNINCORPORATED ASSOCIATIONS<br>IDENTIFIED ON SCHEDULE "A",<br><br>　　　　　　Defendants. | No. 22-cv-00282<br><br>Franklin U. Valderrama |

### DISBURSEMENT ORDER

The ten thousand dollar ($10,000.00) surety bond posted by Plaintiff Toho Co., Ltd, including any interest minus the registry fee, is hereby released to Keith A. Vogt of Keith Vogt, Ltd. The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to Keith A. Vogt of Keith Vogt, Ltd., 33 West Jackson Blvd., Unit #2W, Chicago, IL 60604 via certified mail.


Dated: August 1, 2022

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge
　　　　　　　　　　　　　　　　　　　　　　　Franklin U. Valderrama